**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO. 16 B 40789 |
| Michael Story, | ) | HON. Jacqueline P. Cox |
| | ) | CHAPTER 13 |
| DEBTOR. | ) | |

## NOTICE OF MOTION

TO:   Tom Vaughn, Chapter 13 Trustee, 55 E. Monroe Street, Suite 3850, Chicago, IL 60603;

Anna Valencia, City Clerk, 121 N. LaSalle Street, Room 107, Chicago, IL 60602;

See attached Service List.

Please take notice that on April 27, 2020, at 9:00 a.m., in Courtroom 680 of the United States Bankruptcy Court, Everett McKinley Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois 60604, I shall appear before the Honorable Judge Jacqueline P. Cox or before any judge sitting in her place and stead, and shall then and there present the attached motion at which place and time you may appear if you see fit.

A party who objects to this motion and wants it called must file a Notice of Objection no later than two (2) business days before the presentment date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion without a hearing before the date of presentment.

## PROOF OF SERVICE

The undersigned, an attorney, certifies that he sent this notice and the attached motion on April 3, 2020, to:

The Chapter 13 Trustee listed above via electronic notice;

The creditors listed above and the attached service list via U.S. Mail with postage prepaid from the mailbox located at 20 S. Clark Street, Chicago, IL 60603.

> */s/ Steve Miljus*_____
> Attorney for Debtor
> The Semrad Law Firm, LLC
> 20 S. Clark Street, 28th Floor
> Chicago, IL 60603
> (312) 913-0625

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 16-40789<br>Northern District of Illinois<br>Eastern Division<br>Fri Apr  3 08:20:01 CDT 2020 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | ALLY FINANCIAL<br>200 RENAISSANCE CTR<br>DETROIT, MI 48243-1300 |
| Ally Financial<br>PO Box 130424<br>Roseville MN 55113-0004 | American InfoSource LP as agent for<br>T Mobile/T-Mobile USA Inc<br>PO Box 248848<br>Oklahoma City, OK  73124-8848 | Big Picture Loans<br>P.O. Box 704<br>Watersmeet, MI 49969-0704 |
| CAVALRY PORTFOLIO SERV<br>4050 E COTTON CENTER BLV<br>PHOENIX, AZ 85040-8862 | CENTRAL CREDIT UN OF I<br>1001 MANNHEIM ROAD<br>BELLWOOD, IL 60104-2391 | Cash America Today<br>1338 S Foothill Dr # 195<br>Salt Lake Cty, UT 84108-2321 |
| Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595-2321 | ERC<br>PO Box 23870<br>Jacksonville, FL 32241-3870 | FNB OMAHA<br>PO BOX 3412<br>OMAHA, NE 68103-0412 |
| Great American Finance Company<br>20 N Wacker Dr, Ste 2275<br>Chicago, IL 60606-1294 | (p)ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>PO BOX 19035<br>SPRINGFIELD IL 62794-9035 | MARINR FINC<br>1748 Gunbarrel Rd #100<br>Chattanooga, TN 37421-4725 |
| MERRICK BANK<br>POB 9201<br>OLD BETHPAGE, NY 11804-9001 | MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | Mariner Finance, LLC<br>8211 Town Center Drive<br>Nottingham, MD 21236-5904 |
| Patriot's Custom Wheels<br>Po Box 31021<br>Tampa, Florida 33631-3021 | Patriot's Home & Auto Outfitters<br>13860 Booker T. Washington Hwy.,<br>Ste. 100<br>Moneta, VA 24121-6264 | Speedy Cash<br>11100 S. Cicero Avenue<br>Alsip, Illinois 60803-2828 |
| Speedy Cash<br>P.O. Box 780408<br>Wichita, KS 67278-0408 | Speedy Cash<br>Po Box 782648<br>Wichita, KS 67278-2648 | WEBBANK/FINGERHUT<br>6250 RIDGEWOOD RD<br>SAINT CLOUD, MN 56303-0820 |
| Michael Story<br>3731 W. 83rd St<br>Chicago, IL 60652-2401 | Morsheda Hashem<br>The Semrad Law Firm, LLC<br>20 S. Clark St, 28th Floor<br>Chicago, IL 60603-1811 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 |
| Steve Miljus<br>The Semrad Law Firm, LLC<br>20 S Clark, 28th<br>Chicago, IL 60603 | Tom Vaughn<br>55 E. Monroe Street, Suite 3850<br>Chicago, IL 60603-5764 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| IDOR-Bankruptcy Section<br>PO Box 64338<br>Chicago, IL 60664 | (d)Illinois Department of Revenue<br>Bankruptcy Unit<br>PO Box 19035<br>Springfield, IL 62794-9035 | End of Label Matrix<br>Mailable recipients    28<br>Bypassed recipients     0<br>Total                 28 |
|---|---|---|

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 16 B 40789 |
| Michael Story, ) | HON. Jacqueline P. Cox |
| ) | CHAPTER 13 |
| DEBTOR. ) | |

## MOTION TO MODIFY PLAN

Michael Story, Debtor, by and through Debtor's attorneys, The Semrad Law Firm, LLC, moves this Honorable Court to enter an Order modifying the Chapter 13 Plan, Debtor states as follows:

1. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C §§1334 & 157. This is a core proceeding pursuant to 28 U.S.C. §157.

2. Debtor filed the above captioned voluntary petition for relief under Chapter 13 of the United States Bankruptcy Code on December 30, 2016.

3. On March 6, 2017, this Honorable Court entered an Order confirming the Debtor's Chapter 13 Plan of reorganization.

4. The confirmed Chapter 13 Plan requires the Debtor to make plan payments to the Chapter 13 Trustee in the amount of $600.00 per month for 36 months. Secured creditors are to be paid 100.00% and general unsecured creditors are to be paid 10.00% of their allowed claims.

5. The Debtor was unable to afford both his regular expenses and plan payments. As a result, a default accrued.

6. The Debtor's income has decreased since filing, and he cannot afford the current plan payment.

7. Debtor is in position to make plan payments of $400.00 per month.

8. Debtor's confirmed Chapter 13 Plan Section G, Paragraph 1 currently states: Commencing with the March 2018 plan payment, ALLY FINANCIAL shall receive set payments in the amount of $542.00 per month.

9. Debtor seeks to amend Section G, Paragraph 1 to state that Commencing with the May 2020 plan payment, ALLY FINANCIAL shall receive set payments in the amount of $542.00 per month.

10. Debtor respectfully requests this Honorable Court to defer the current plan default to the end of the plan of reorganization.

11. Debtor further requests this Honorable Court to decrease Chapter 13 Trustee plan payments to $400.00 per month for the remainder of the plan.

12. Debtor further requests this Honorable Court to decrease the percentage paid to general unsecured creditors to a minimum of 1.00 % of their allowed claims.

13. Debtor further requests this Honorable Court enter an Order modifying Section G, Paragraph 1 of Debtor's confirmed Chapter 13 Plan to state that Commencing with the May 2020 plan payment, ALLY FINANCIAL shall receive set payments in the amount of $542.00 per month.

14. Debtor further requests that nothing in this motion shall require the Trustee to perform collections from creditors pursuant to any prior plan.

15. Debtor has filed the instant case in good faith and is in a position to proceed.

WHEREFORE, Debtor, Michael Story, prays this Honorable Court for the following relief:

A. That this Honorable Court enter an Order modifying the Debtor's Chapter 13 Plan in order to defer the current plan default to the end of the plan of reorganization;

and

B. That this Honorable Court enter an Order decreasing Debtor's Chapter 13 Trustee plan payments to $400.00 per month for the remainder of the plan; and

C. That this Honorable Court enter an Order decreasing the percentage paid to general unsecured creditors to a minimum of 1.00 % of their allowed claims; and

D. That this Honorable Court enter an Order modifying the confirmed Chapter 13 Plan at Section G, Paragraph 1 to state that Commencing with the May 2020 plan payment, ALLY FINANCIAL shall receive set payments in the amount of $542.00 per month; and

E. That this Honorable Court enter an Order stating nothing shall require the Trustee to perform collections from creditors pursuant to any prior plan; and

F. That this Honorable Court order any further relief as the Court may deem fair and proper.

Respectfully Submitted,
/s/ Steve Miljus_____
Attorney for Debtor
The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
(312) 913-0625